# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE THOMAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS,<br><br>　　　　Respondent. | 1:15-cv-00119-LJO-SAB-HC<br><br>ORDER REGARDING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS (ECF No. 16) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On June 19, 2015, the undersigned issued a Findings and Recommendation that recommended that the petition for writ of habeas corpus be dismissed for violating the limitation period of 28 U.S.C. § 2244(d)(1). (ECF No. 15). In the Findings and Recommendation, the Court permitted Petitioner to file objections with the court within thirty (30) days after service of the Findings and Recommendation. On July 20, 2015, Petitioner submitted a motion for a forty-five (45) day extension of time to file objections to the findings and recommendations. (ECF No. 16). However, the motion for extension of time to file objections is not signed by Petitioner.

Rule 11 of the Federal Rules of Civil Procedure and Local Rule 131 require a document submitted to the Court for filing to include an original signature. Therefore, the Court is unable to consider Petitioner's motion at this time. If Petitioner would like to proceed on the motion for

an extension of time to file objections that was filed on July 20, 2015, he is directed to submit a document stating that he submitted the instant motion for 45 day extension of time to file objections and he must sign it under penalty of perjury. The document should contain an original signature. Petitioner is granted twenty-one (21) days from the date of service of this order to comply with the Court's directive.

Accordingly, IT IS HEREBY ORDERED that Petitioner is DIRECTED to file a statement signed under penalty of perjury that he submitted the instant motion for extension of time to file his objections to the findings and recommendations to the Court within twenty-one (21) days of the date of service of this Order.

IT IS SO ORDERED.

Dated: **July 22, 2015**

UNITED STATES MAGISTRATE JUDGE