# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE THOMAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RONALD DAVIS,<br><br>　　　　Respondent. | Case No.  1:15-cv-00119-LJO-SAB-HC<br><br>ORDER GRANTING PETITIONER TWENTY-ONE DAYS TO FILE OBJECTIONS TO COURT'S JUNE 19, 2015 FINDINGS AND RECOMMENDATION |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On June 19, 2015, the Court issued a findings and recommendation that recommended that the petition be dismissed for violating the limitations period. (ECF No. 15). On August 4, 2015, the Court granted Petitioner an extension of time to file his objections to the findings and recommendation to and including September 21, 2015. (ECF No. 19). On September 25, 2015, Petitioner filed a motion for a stay under Federal Rule of Civil Procedure 62(h). (ECF No. 21). On September 28, 2015, Petitioner filed an addendum to his motion for a stay. (ECF No. 22). Petitioner requested a stay of his response to the Court's findings and recommendation because he had filed a claim in state court alleging ineffective assistance of appellate counsel on direct appeal. (ECF No. 21). On September 30, 2015, the Court issued a findings and recommendation

1

recommending that the assigned United States District Judge deny Petitioner's motion for a stay. (ECF No. 24). The Court granted Petitioner twenty-one days after service of the findings and recommendation to file objections to the September 30, 2015 findings and recommendation. (ECF No. 24). As the Court recommended denying Petitioner's motion for stay and Petitioner has not yet filed objections to the June 19, 2015 findings and recommendation, the Court grants Petitioner the opportunity to file objections to the June 19, 2015 findings and recommendation.

Accordingly, IT IS HEREBY ORDERED that Petitioner may file objections to the June 19, 2015 findings and recommendation within twenty one days of the service of this order. Such a document should be captioned "Objections to the Magistrate Judge's Findings and Recommendation." The assigned District Judge will then review the June 19, 2015 findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **October 1, 2015**

UNITED STATES MAGISTRATE JUDGE

2